# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RHONDA DEXTER,**
    **Plaintiff,**

  v.               Case No. 14-C-1117

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social Security Administration**
    **Defendant.**

## ORDER

Plaintiff Rhonda Dexter seeks judicial review of the denial of her application for social security disability benefits. Ordinarily, a plaintiff must pay a statutory filing fee to bring an action in federal court, 28 U.S.C. § 1914(a), but plaintiff requests leave to proceed in forma pauperis. Under 28 U.S.C. § 1915(a), an indigent party may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1).

Plaintiff has filed the required affidavit. Upon review of that affidavit, the court is satisfied that she meets the requirements of § 1915(a). Plaintiff avers that she is unemployed, with income limited to public assistance and child support. Her spouse is employed, but their combined income is more than subsumed by monthly expenses. Plaintiff avers that they are behind on their rent, close to eviction, and also behind on water and electricity. They own two older model vehicles, but do not own any real estate or other valuable property. They have no cash or savings. Finally, plaintiff avers that she believes she is entitled to the relief sought in

the complaint, and on review of the complaint the court is unable to determine that the action is frivolous or that the complaint fails to state a claim.

**THEREFORE, IT IS ORDERED** that plaintiff's petition to proceed in forma pauperis (R. 3) is **GRANTED**. The file will be returned to the Clerk of Courts for service on defendant.

Plaintiff is advised to provide defendant or her counsel with copies of all future motions or papers filed by plaintiff in this action.

Dated at Milwaukee, Wisconsin this 16th day of September, 2014.

/s Lynn Adelman
LYNN ADELMAN
District Judge